FILED

12/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0113

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0113

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

DARRELL DWAYNE SMITH,

     Defendant and Appellant.

## ORDER

Following entry of this Court's December 8, 2020 Opinion reversing and remanding this case, Defendant and Appellant Darrell Dwayne Smith has moved for immediate remittitur. Smith represents that the State of Montana does not oppose this motion. Good cause appearing,

IT IS ORDERED that remittitur shall issue immediately.

The Clerk of this Court is directed to provide immediate notice of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2020